AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:04
RECEIVED MAR 19 '24

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-cr-00139 |
| | ) | Assigned To : Kelly, Timothy J. |
| EDWARD ANDERSON | ) | Assign. Date : 3/19/2024 |
| | ) | Description: Indictment (B) |
| | ) | Related Case: 24-88 (TJK) |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     EDWARD ANDERSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl, Fifty Grams or More of Methamphetamine, and Five Hundred Grams or More of Cocaine;
21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Buprenorphine;
18 USC § 371 - Conspiracy to Commit an Offense Against the United States;
FORFEITURE: 21 USC § 853(a) and (p)

Date:     03/19/2024

*Issuing officer's signature*

City and state:     WASHINGTON, D.C.            G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/19/2024, and the person was arrested on *(date)* 04/09/2024
at *(city and state)* Washington DC

Date: 04/09/2024

*Arresting officer's signature*

Derek Stallman - DUSM
*Printed name and title*