**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                                    **CR- 24-cr-139, 24 -cr-88**

**EDWARD ANDERSON**

**REQUEST FOR A PRE PLEA PROBATION CALCULATION**

The defendant in contemplation of a resolution of his cases, now pending in the District of Columbia Superior Court and the United States District Court for the District of Columbia respectfully requests the Court Order a Pre Plea Probation Calculation.

Respectfully submitted,

/s/

H. Heather Shaner, Esq. DC Bar 273276
Appointed by the Court for Edward Anderson
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210.  hhsesq@aol.com